UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 20-mj-4224 |
| ) | |
| KEITH R. LESSARD, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT IN SUPPORT OF RULE 5(c)(3) PROCEEDING

I, Federal Bureau of Investigation Special Agent James F. Lafferty, do hereby make oath before the Honorable David H. Hennessy, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am aware that there is presently an outstanding warrant for arrest for Keith R. Lessard on a criminal complaint issued by the Southern District of West Virginia, 2:20-mj-00106, charging the defendant with mailing threatening communications, in violation of 18 U.S.C. § 876(d). A copy of said complaint, redacted affidavit, and arrest warrant is attached hereto. I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.

_James F. Lafferty_ 8/11/20
James F. Lafferty
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the
requirements of Fed. R. Crim. P. 4.1 by:
<u>Zoom hearing</u>      (specify reliable electronic means)

_David H. Hennessy_
David H. Hennessy
United States Magistrate Judge