UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff<br><br>vs.<br><br>KEITH R. LESSARD,<br><br>          Defendant. | Case No. 20-mj-4224-DHH |

GOVERNMENT'S MOTION TO STAY ORDER OF RELEASE

      The United States of America hereby moves this Court to stay its forthcoming Order of Release to and including Monday, December 21, 2020. This brief period would permit the Government the opportunity to file a Motion for Stay and Revocation of the Order of Release, pursuant to 18 U.S.C. § 3145(a)(1), and for the court having original jurisdiction, the United States District Court for the Southern District of West Virginia, an opportunity to consider the same prior to Lessard's release from custody. In addition, a short stay would permit the initial appearance and arraignment set for Monday, December 21, 2020, at 2:00 p.m. to be completed as scheduled utilizing the resources available at the Donald W. Wyatt Detention Facility.

                                      ANDREW E. LELLING
                                      UNITED STATES ATTORNEY

                  By:    /s/ *Danial E. Bennett*

                                      Danial E. Bennett
                                      Assistant United States Attorney
                                      Massachusetts BBO #657436
                                      Donohue Federal Building
                                      595 Main Street, Room 206
Date: December 18, 2020              Worcester, Massachusetts 01608

## CERTIFICATE OF SERVICE

I, Danial E. Bennett, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: December 18, 2020                    /s/ *Danial E. Bennett*
                                           Assistant United States Attorney